McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**

Jan 28, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>2012 Rebecca Court Roseville, CA 95661<br><br>Blue Toyota Camry with California license plate 6KZR879<br><br>The Person ANDREA M. GERVAIS aka ANDREA M. DANGERFIELD | ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT<br><br>CASE NO: 2:20-SW-1130 AC<br><br>CASE NO: 2:20-SW-1131 AC<br><br>CASE NO: 2:20-SW-1132 AC |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: January 28, 2021

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

1